# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

148311

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DUSTIN JOHN KOSIK,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148311
COA: 312518
Bay CC: 12-010076-FH

_____/

      On order of the Court, the application for leave to appeal the November 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



p0917

Clerk